**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**KATRINA RYAN,**

              **Plaintiff,**

              **1:08-cv-0373**
    **v.**                  **(NAM/DRH)**

**HUDSON GARDEN APARTMENTS,**
**et al.,**
              **Defendant.**
_____

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT  JUDGE**

**ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed on the 17th day of October 2008.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

Such Report-Recommendation,  which was mailed to plaintiff's last known residence, was returned to the Court as undeliverable to plaintiff at such address.  *See* docket no. 11.

Additionally, plaintiff was previously advised by the Court that plaintiff was required to promptly notify the Clerk's Office of any change in his address, and that failure to keep such office apprised of his current address would result in the dismissal of the instant action. *See* docket no. 3.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The complaint is dismissed without prejudice.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: November 12, 2008
       Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge